IN THE UNITED STATES DISTRICT COURT   **F I L E D**
FOR THE DISTRICT OF COLORADO   UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 02316**

NOV 1 7 2006

(The above civil action number must appear on all future papers GREGORY C. LANGHAM
sent to the court in this action.  Failure to include this number   CLERK
may result in a delay in the consideration of your claims.)

LARRY E. BURNS,

     Applicant,

v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

     Applicant Larry E. Burns has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in

proper form.  Therefore, the clerk of the court will be directed to commence a civil

action.  Applicant also has tendered the $5.00 filing fee.  The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee.  Accordingly, it is

     ORDERED that the clerk of the court commence this civil action.  It is

     FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _16th_ day of _November_ , 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.    06 - CV - 02316

Larry E. Burns
Reg. No. 89245
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for the full payment of filing fee** to the above-named individuals on _11-17-06_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk